FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDT'S FRUIT TREES I, INC., a Washington corporation; PINK LADY AMERICA, LLC, a Washington limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OLSEN BROTHERS RANCHES, INC., a Washington corporation,<br><br>　　　　　Defendant. | No. 1-25-CV-3115-SAB<br><br><br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Notice of Settlement and Voluntary Dismissal, ECF No. 12. Plaintiffs are represented by Theresa Hsin-Yi Wang and Joshua D. Harms. Defendant is represented by Caleb A. Hatch, Johanna Tomlinson, and Rhett V. Barney.

　　The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

**ORDER OF DISMISSAL** \* 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 27th day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**